# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Center for Biological Diversity )
*Plaintiff* )
)
v. ) Civil Action No.
U.S. Office of Management and Budget )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. OFFICE OF MANAGEMENT AND BUDGET,
725 17th Street, NW
Washington, DC 20503

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Margaret A. Coulter
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005

Tel: (202) 961-4820
Email: mcoulter@biologicaldiversity.org

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 8/12/2025

*Signature of Clerk or Deputy Clerk*