UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET <br><br> Defendants. | Civil Action No. 25-2633 (CKK) |

## JOINT STATUS REPORT

Plaintiff, the Center for Biological Diversity ("the Center" or "Plaintiff") and Defendant, the U.S. Office of Management and Budget ("OMB" or "Defendant") by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to this Court's Order dated December 15, 2025 (ECF No. 12).

## STATUS OF PLAINTIFF'S FOIA REQUESTS

Two requests made under the Freedom of Information Act ("FOIA") are subject to this litigation. OMB FOIA Request No. 2025-1217, submitted on April 9, 2025, seeks reports submitted to OMB pursuant to Sections 5(a)(ii) and 5(c) of Executive Order 14156, "Declaring a National Energy Emergency". OMB FOIA Request No. 2025-1297, submitted on April 15, 2025, seeks reports submitted to OMB pursuant to Section 4(c) of the same Executive Order.

OMB states that both of Plaintiff's FOIA requests remain pending. As of today's date, across both requests, Defendant OMB has identified twelve potentially responsive records, but the search has not yet been completed. OMB anticipates completing its search and making a final response by March 31, 2026, though there remains a possibility that additional time may be necessary to determinate whether there are any additional potentially responsive documents.

Defendant OMB will provide updates to Plaintiff as the review progresses, and prior to March 31, 2026.  OMB disagrees with the characterizations and assertions in Plaintiff's separate statement immediately below.  Further, given that OMB's search is still ongoing, there is no basis for Plaintiffs' request below that the Court order that OMB make a final response by April 16, 2026.

Plaintiff asserts that, despite its multiple requests to OMB in the preceding months for updated information, the level of detail provided thus far by OMB does not sufficiently respond to the text of the Court's order (ECF No. 12).  Plaintiff respectfully maintains that OMB has not provided the Court with information adequate to determine the "status of Plaintiff's FOIA request" or "the anticipated number of documents responsive to the Plaintiff's FOIA request" (ECF No. 12).  For example, Plaintiff asserts that OMB has refused to specify to which request the "twelve potentially responsive records" are responsive. Plaintiff further states that OMB has refused to provide any specifics about the status of Plaintiff's request, such as the number of non-duplicative pages included in these twelve records, or an explanation for why OMB determined that the search which yielded these twelve records was incomplete.

Defendant does not currently anticipate the need to seek a stay under *Open America v. Watergate Special Prosecution Force*, 547. F.2d 605 (D.C. Cir. 1976).  Defendant is not in a position at this time to determine whether a *Vaughn* index will be required in this case.  Plaintiff agrees that the question of a *Vaughn* index should be deferred until Defendant has issued its final response on March 31, 2026, and has explained any withholdings.

The parties propose that the Court defer setting a schedule for summary judgment briefing, if needed, until after Defendant has completed its review and release of any non-exempt, responsive material to Plaintiff and the parties have conferred regarding any outstanding issues.

- 3 -

In light of the fact that Defendant has not yet completed either search despite nearly a year having passed since Plaintiff's requests, Plaintiff respectfully requests that the Court order OMB to complete its final production of responsive documents by April 16, 2026, the date proposed by the parties below for their next status report.

The parties further propose that they file a joint status report in forty-five (45) days, on or before April 16, 2026, to apprise the Court on the status of Defendant's processing of Plaintiff's FOIA requests.

Date:   March 2, 2026
Washington, DC

JEANINE FERRIS PIRRO
United States Attorney

By: /s/Ivan Ditmars
Ivan Ditmars
Associate Attorney
Center *for* Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (510) 844-7158
*Counsel for Plaintiff*

By:     */s/ Samantha-Josephine Baker*
SAMANTHA JOSEPHINE BAKER
Assistant United States Attorney
601 D Street, N.W.
Washington, District of Columbia 20530
(202) 252-2435
Samantha-Josephine.Baker@usdoj.gov
*Counsel for Defendants*