UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

U.S. OFFICE OF MANAGEMENT AND
BUDGET

Defendants.

Civil Action No. 25-2633 (CKK)

## JOINT STATUS REPORT

Plaintiff, the Center for Biological Diversity ("the Center" or "Plaintiff") and Defendant, the U.S. Office of Management and Budget ("OMB" or "Defendant") by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to this Court's Order dated March 5, 2026.

Two requests made under the Freedom of Information Act ("FOIA") are subject to this litigation. OMB FOIA Request No. 2025-1217, submitted on April 9, 2025, seeks reports submitted to OMB pursuant to Sections 5(a)(ii) and 5(c) of Executive Order 14156, "Declaring a National Energy Emergency". OMB FOIA Request No. 2025-1297, submitted on April 15, 2025, seeks reports submitted to OMB pursuant to Section 4(c) of the same Executive Order.

### Defendant's Position

OMB states that both of Plaintiff's FOIA requests remain pending. As of today's date, across both requests, Defendant OMB has identified fifteen potentially responsive records, but the search has not yet been completed. Although Defendant anticipated completing its search by March 31, 2026, OMB has supplemented its search to determine whether there are any additional potentially responsive documents. Defendant OMB will provide updates to Plaintiff as the review

progresses, and prior to May 29, 2026.  OMB plans to provide its first interim response regarding the fifteen records referenced above by tomorrow, and advise in that response that those records are being withheld in full. OMB disagrees with the characterizations and assertions in Plaintiff's separate statement immediately below.  Further, given that OMB's search is still ongoing, there is no basis for any of the requested relief set forth in Plaintiff's statement below, including that the Court order that OMB make interim responses, or provide a final response, by a date certain.

### Plaintiff's Position

Plaintiff asserts that Defendant has demonstrated consistent delay and unwillingness to engage with Plaintiff's requests, which are now more than a year old. In the last status report, Defendant stated an intention to complete its search, provide updates, and make a final response on or before March 31, 2026. Defendant has completed none of these items and has provided no explanation for its continuing delay. Before the prior status report, Defendant stated that it "has identified twelve potentially responsive records, but the search has not yet been completed." (ECF No. 14) Defendant then ignored Plaintiff's inquiry regarding the number of non-duplicative pages included in these twelve records, and its inquiry seeking an explanation for why OMB determined that the search which yielded these twelve records was incomplete. Now here again, Defendant states that it has "fifteen potentially responsive records, but the search has not yet been completed." Plaintiff maintains that Defendant's pattern of gradual augmentation of its search has resulted in unnecessary delay and that a Court-ordered deadline is necessary to ensure OMB's compliance with FOIA's strict deadlines.

Given Defendant's year-long delay in responding to Plaintiff's request for urgently needed records, Plaintiff respectfully requests that the Court order OMB to engage in rolling releases of the responsive records. Plaintiff respectfully seeks an order requiring an initial

- 3 -

production of the 15 identified responsive documents by April 30, 2026, and a final production by May 29, 2026, the date proposed by the parties below for their next status report.

## Date of Next Proposed Status Report

The parties further propose that they file a joint status report in forty-three (43) days, on or before May 29, 2026, to apprise the Court on the status of Defendant's processing of Plaintiff's FOIA requests.

Date:   April 16, 2026
Washington, DC

JEANINE FERRIS PIRRO
United States Attorney

By*: /s/Ivan Ditmars*
Ivan Ditmars
(D.C. Bar. No. CA00243)
Associate Attorney
Center *for* Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (510) 844-7158
*Counsel for Plaintiff*

By:___ */s/ Samantha-Josephine Baker*
SAMANTHA JOSEPHINE BAKER
Assistant United States Attorney
601 D Street, N.W.
Washington, District of Columbia 20530
(202) 252-2435
Samantha-Josephine.Baker@usdoj.gov
*Counsel for Defendants*

- 3 -